

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 18, 2021

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

   Re: <u>United States v. Francis Alberto Hilario De La Cruz</u>, 21 Mag 6951

Dear Judge Davison:

  On July 12, 2021, defendant Francis Alberto Hilario De La Cruz made his initial appearance before the Hon. Judith C. McCarthy on the above-referenced sealed complaint (the "Complaint"). Today, the defendant waived indictment and was arraigned on information 21 Cr. 710 (NSR). There is no longer a need for the Complaint or docket no. 21 Mag 6951 to remain sealed. Accordingly, the Government respectfully requests that Your Honor sign an order unsealing the Complaint and docket no. 21 Mag 6951. Counsel for the defendant, JosephVita, consents to this request.

  Thank you for your consideration.

              Respectfully submitted,

              DAMIAN WILLIAMS
              United States Attorney

              Jeffrey C. Coffman
              Assistant United States Attorney
              (914) 993-1940

SO ORDERED:

_____ 11/18/21
HON. PAUL E. DAVISON
United States Magistrate Judge
Southern District of New York

cc: Joseph Vita, Esq.