UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

USA

    - against -

FRANCIS ALBERTO HILARIO DE LA CRUZ,

              Defendant.

-------------------------------------------------------X

21 Cr. 00710-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

NELSON S. ROMÁN, U.S.D.J.:

    The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Andrew E. Krause, United States Magistrate Judge, dated March 11, 2022, is approved and accepted *nunc pro tunc* to June 16, 2022.

SO ORDERED.

_____
Nelson S. Román
United States District Judge

Dated: White Plains, NY
       July 11, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2022